In The United States District Court
Northern District of West Virginia

Jason Jerell Smith #10004-010
Plaintiff

Vs

Ms. Corlette Peters
Director of the FBOP
Defendant



5:23-cv-304
Bailey Mazzone
Prince

FILED

SEP 22 2023

**U.S. DISTRICT COURT-WVND**
WHEELING, WV 26003

## Emergency Motion to ALLOW Medical Procedure

 The Plaintiff, Jason Smith, Inmate at the Hazelton Federal Correctional Institution in Bruceton Mills, West Virginia, and through legal advise of his legal team at Cochran & Cochran, asking this court to grant this Emergency Motion that would order the FBOP to allow him to have a medical procedure that would donate his bone marrow to his biological daughter that has Acute Leukemia and is deteriorating.

### Background

The Plaintiff is currently serving 120 months with a projected release date pending due to legal remedies being litigated in Rogers Arkansas. The plaintiff has been in custody since November 2017. At the age of 3, Mr. Smith's daughter was diagnosed with Acute Leukemia, during a short period of time the child went into remission. In 2022, after multiple tests, it revealed that the deadly disease had returned. In 2017, prior to surrendering to authorities, Mr. Smith underwent a procedure at St. Francis Hospital in Memphis, Tennessee to determine if he was a match to donate to his child if needed. St. Jude and St. Francis medical records that accompany this motion verifies that Mr. Smith had in fact received testing and Dr. Robert Matthews wrote " The Father Mr. Jason J. Smith is a compatible match to donate marrow to his child if needed."

Also in the medical records, the child's medical team wrote "The child is in immediate need of a transplant". In June 2023, the child was transferred to another medical facility in New York due to needing more intense care. Medical records show "The child was taken by private aircraft owned by the child's father to another facility, the child was transferred with medical staff whose expenses were paid in advance by the child's father.

In 2022, the Plaintiff and the child's mother Ms. Kayla Hester-Smith became divorced, the Shelby County Court ordered the plaintiff to pay $3,500.00 a month in child support for the said child, and all medical expenses in reference to the child's medical diagnosis.

The Plaintiff would like to express to this court that this filing is NOT due to any denial or negative response from the Executive or Medical Staff at Hazelton FCI, in fact the institution has been as of this filing been working extremely hard to expedite the approval process. The reason for this motion is due to the plaintiff's legal team advising him that a federal judge could legally expedite this process. This procedure is needed to save his child's life.

The plaintiff has been advised that this procedure could cost between $80,000.00-$400,000.00, that's NOT including the cost from the FBOP for security and transportation, nor does it include expenses for the actual hospital stay itself. In preparation for this procedure, the plaintiff instructed his accountant to establish a single checking account at Wells Fargo Bank and transfer $500,000.00 to cover all expenses. A copy of that bank statement is with this motion.

The Plaintiff's child is actively on a nationwide list awaiting a donor, however the child is in urgent need of this transplant. The child's family is financially stable to pay any and all unknown court fees as well.

The Plaintiff prays that this court would order an Emergency Hearing in which he can attend via Webcam from prison, or either grant this motion.

Respectfully Submitted

/S/Electronically Signed
Julie Patterson
Legal Counsel for Plaintiff (Advisory Only)

Jason Smith #10004-010
FCI Hazelton
P.O. Box 5000
Bruceton Mills, West Virginia

9-18-2023
Date

This Plaintiff asserts that along with the filing of this motion, copies are being given to:

Warden Heather Ray, FCI Hazelton
St. Jude Children's Hospital Legal Department
Hazelton FCI Medical Department
Federal Bureau of Prisons Legal Department


Documents following this motion:
Plaintiff's Medical Records from St. Francis Hospital (Court Only)
Child's Medical Records from St. Jude Children's Hospital (Court Only)
Wells Fargo Bank Statement
Divorce Order Stating Obligation of Plaintiff

*Acute Leukemia is a rapid increase in the number of immature blood cells

*Medical Financial Statements show that since the child's diagnosis, the Plaintiff and his Ex-Wife has paid
a total of $1,027,501.49 in Medical Expenses, not including $117,961.76 that the plaintiff paid between 2002-2023.