United States District Court
for the
Northern District of West Virginia

Jason J. Smith

US

Case No: 5:23cv04

Ms. Corlette Peters

FILED

OCT - 2 2023

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

Motion to Dismiss

Comes now the Plaintiff, notifying this court
that he would like to have this case dismissed.

The Plaintiff was notified on Sep 27, 2023
that another donor had been found for
his daughter.